# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SAMUEL BARROW, | : | |
| Plaintiff/Counterclaim Defendant, | : | |
| vs. | : | Case No. 3:08cv0033 |
| GENERAL MOTORS CORPORATION, | : | |
| | | District Judge Thomas M. Rose |
| Defendant. | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| HARCO INDUSTRIES, INC., *et al*., | : | |
| Defendants/Counterclaimants. | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #25), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that Plaintiff has filed a Motion to Dismiss Count V of the Complaint (Doc. #27) – as the Report likewise recommended – hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on October 15, 2008 (Doc. #25) is ADOPTED in full and the Motion of All Defendants for Judgment on the Pleadings as to Count V of the Complaint (Doc. #22) is GRANTED;

2. Plaintiff's Motion to Approve Agreed Dismissal of Count V of the Complaint (Doc. #27) is GRANTED; and

3. Count V of Plaintiff's Complaint is DISMISSED with prejudice.

October 28, 2008                                *S/THOMAS M. ROSE

                                                   Thomas M. Rose
                                          United States District Judge