# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SAMUEL BARROW, | **:** | |
| Plaintiff, | **:** | Case No. 3:08cv033 |
| | **:** | |
| vs. | | |
| | **:** | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| GENERAL MOTORS CORP., *et al.,* | **:** | |
| Defendants. | **:** | |

---

## STAY ORDER

---

Pursuant to the Notice for Stay (Bankruptcy) filed jointly by Defendants Harco

Industries, Inc. ["Harco"] and Manpower of Dayton, Inc. ["Manpower"] (Doc. #44),

advising the Court of both Defendant General Motors Corp.'s bankruptcy filing and the

anticipated preclusive effect of that bankruptcy on Defendants Harco's and Manpower's

discovery efforts in this matter, the Court hereby **ORDERS** this case **STAYED** under 11

U.S.C. §362(a), pending conclusion of Defendant General Motors' bankruptcy

proceedings.

Defendant General Motors shall keep the Court apprised of the status of its

bankruptcy case by filing a status report in the present case every six (6) months

beginning on **December 4, 2009.**

**IT IS SO ORDERED.**

June 4, 2009                                        *S/THOMAS M. ROSE

    _____          _____
                                                    Thomas M. Rose
                                              United States District Judge