# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SAMUEL BARROW, | : | |
| Plaintiff, | : | Case No. 3:08cv00033 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| GENERAL MOTORS CORPORATION, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER TO SHOW CAUSE

This case is before the Court upon Defendant General Motors Corporation's (GM's) Status Report (Doc. #57) and the record as a whole.  Based on the Status Report and attached Exhibit A, it appears that Plaintiff previously participated in certain bankruptcy proceedings during which he settled his claims against Defendant GM and agreed to dismiss this case with prejudice.  It appears, moreover, that Plaintiff signed the settlement agreement on April 28, 2011 and that he agreed to dismiss this case within 30 days.

Accordingly, **on or before March 22, 2012**, Plaintiff shall **SHOW CAUSE** in writing why this case should not be dismissed due to the settlement agreement previously entered in the bankruptcy proceedings.  Plaintiff is place on notice that if he does not file a timely response to this Order to Show Cause, this case may be dismissed.

March 12, 2012

   s/Sharon L. Ovington
Sharon L. Ovington
United States Magistrate Judge