# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SAMUEL BARROW, | : | |
| Plaintiff, | : | Case No. 3:08cv00033 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| GENERAL MOTORS<br>CORPORATION, *et al.*, | : | |
| | : | |
| Defendants. | | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #59), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on March 23, 2012 (Doc. #59) is ADOPTED in full;

2. The stay is lifted and the case DISMISSED with prejudice; and,

3. The case is terminated on the docket of this Court.

April 10, 2012                         *s/THOMAS M. ROSE*

                                       Thomas M. Rose
                                       United States District Judge